# Third District Court of Appeal

## State of Florida

Opinion filed May 31, 2023.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D23-0176
Lower Tribunal No. 16-28069
_____

**Khamal Ellison,**
Appellant,

vs.

**Deutsche Bank Trust Company Americas, etc.,**
Appellee.

An Appeal under Florida Rule of Appellate Procedure 9.315(a) from the Circuit Court for Miami-Dade County, Alan Fine, Judge.

Khamal Ellison, in proper person.

Troutman Pepper Hamilton Sanders LLP, and Amber Kourofsky (Atlanta, GA), for appellee.

Before HENDON, GORDO and BOKOR, JJ.

PER CURIAM.

Affirmed on the authority of Florida Rule of Appellate Procedure

9.315(a) ("After service of the initial brief . . . the court may summarily affirm the order to be reviewed if the court finds that no preliminary basis for reversal has been demonstrated.").

Affirmed.